UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

DAVID POSCHMANN,

      Plaintiff,

v.                                        Case No. 5:20-cv-00289

MANDALAY BEACH RESORT, LLC,

      Defendant.

_____/

## **NOTICE OF SETTLEMENT**

Defendant, MANDALAY BEACH RESORT, LLC, ("Defendant") by and through undersigned counsel hereby files this Notice of Settlement and advises this Court that the Parties have fully resolved this dispute and are in the process of preparing and finalizing the necessary documents for final disposition of this matter.

Dated this 17th day of December, 2020.

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: s/Heather M. Meglino, Esq.
    Heather M. Meglino, Esq.
    Florida Bar No. 091857
    heather@spirelawfirm.com
    lauren@spirelawfirm.com

Attorney for Defendant | MANDALAY BEACH RESORT, LLC

## CERTIFICATE OF SERVICE

I hereby Certify that on this 17th day of December, 2020., the foregoing was electronically filed with the Court by using the Northern District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Lee D. Sarkin Esquire and Drew M. Levitt, Esquire at lsarkin@aol.com; drewmlevitt@gmail.com at 4700 N.W. Boca Raton Boulevard, Suite 302, Boca Raton, Florida 33431.

*/s/ Heather M. Meglino*
Attorney